# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. BEELER, et al.,<br><br>　　　　　Defendants. | 1:13-cv-01624-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF No. 12)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　Plaintiff Edward B. Spencer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 9, 2013. On August 20, 2014, the Court dismissed Plaintiff's complaint and granted him leave to amend within thirty days. (ECF No. 11.) On September 8, 2014, Plaintiff filed the instant motion requesting voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1) without prejudice. (ECF No. 12.)

　　　"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.

This action currently lacks an operative complaint, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a). All pending motions, if any, are terminated.

IT IS SO ORDERED.

Dated: **September 22, 2014**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE